UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| IN THE MATTER OF | CHAPTER 13 |
| JEROME HILL | CASE NO: 22-41389 |
| DEBTOR(S) | JUDGE: THOMAS J. TUCKER |
| _____/ | |

# TRUSTEE'S RESPONSE TO MOTION TO WAIVE APPEARANCE OF DEBTOR FROM TESTIFYING AT THE FIRST MEETING OF CREDITORS

**NOW COMES,** the Chapter 13 Standing Trustee, Tammy L. Terry, and objects to Debtor's Motion to Excuse Debtor from appearing at the §341 Meeting of Creditors and Allowing Debtor's Spouse to appear in his place; and states as follows:

1. The debtors filed the current Chapter 13 case on February 25, 2021. The First Meeting of Creditors is currently scheduled for April 12, 2022.

2. The debtor has filed a Motion to excuse his appearance from the First Meeting of Creditors stating that he is unable to appear due to being incarcerated. The Motion further states that his Spouse has Power of Attorney over his affairs and can answer all questions regarding the debtor's financial affairs.

3. The Trustee objects to the Debtors motion as the Debtor has not provided any documentation supporting he is incarcerated at this time.

4. The Trustee further objects and request that the Debtor's Spouse file an Affidavit with this Court testifying that she has full knowledge of all the Debtor's financial affairs, assets and liabilities.

5. Furthermore, the Trustee will not be able to verify the identity or Social Security number of a Debtor who is not present at the hearing.

6. The Trustee further objects to Debtor's motion as the §341 Meetings are held telephonically and the Debtor has not provided any reason explaining why he cannot be available telephonically on the day of the hearing.

**WHEREFORE,** for all the above stated reasons, the Chapter 13 Standing Trustee prays this Honorable Court deny the relief requested.

OFFICE OF THE STANDING CHAPTER 13 TRUSTEE-DETROIT

Tammy L. Terry, Chapter 13 Standing Trustee

March 1, 2022    */s/ Tammy Terry*_____

TAMMY L. TERRY (P46254)

Chapter 13 Trustee

/s/ KIMBERLY SHORTER-SIEBERT (P49608)

/s/ MARILYN R. SOMERS-KANTZER (P52488)

Staff Attorneys

535 Griswold, Buhl Building, Ste. 2100

Detroit, MI 48226

Telephone (313) 967-9857

mieb_ecfadmin@det13.net

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

JEROME HILL

, DEBTOR(S)

_____/

CHAPTER 13

CASE NO:   22-41389

JUDGE:  THOMAS J. TUCKER

## CERTIFICATE OF MAILING

I hereby certify that on March 2, 2022 a copy of **TRUSTEE'S OBJECTION TO MOTION TO EXCUSE DEBTOR APPEARANCE AT THE 341 MEETING OF CREDITORS** was electronically filed with the Clerk of the Court, served via Electronic Court Filing and/or a copy of same was deposited in the U.S. Mail to debtor's(s)' attorney (if any) or the debtor(s), if unrepresented, at the address as it appears below.

/s/ Terri Johnson

For the Office of the Chapter 13 Trustee-Detroit

535 Griswold, Suite 2100

Detroit, MI  48226

(313) 967-9857

mieb_ecfadmin@det13.net

LAW OFFICES OF JOSHUA B SANFIELD PLLC
28850 MOUND RD
WARREN, MI  48092

JEROME HILL
2484 CHICAGO BLVD.
DETROIT, MI  48206