Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURTS**
Eastern District of Michigan

Case No.: **22−41389−tjt**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Jerome Hill
   2484 Chicago Blvd.
   Detroit, MI 48206

Social Security No.:
   xxx−xx−8260

Employer's Tax I.D. No.:

### NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Striking Credit Counseling Certificate, and Dismissing Case** was entered on **3/9/22** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 3/9/22

                                      BY THE COURT

                                      Todd M. Stickle , Clerk of Court
                                      UNITED STATES BANKRUPTCY COURT